IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00235-CR

 

Jon Drew Rich,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 78-25040

 



MEMORANDUM  Opinion



 








            Appellant seeks to
appeal the trial court’s denial of his motion for judgment nunc pro tunc which
he filed nearly three years after imposition of sentence.  The Clerk of this Court advised the parties that the appeal is subject to
dismissal for want of jurisdiction because it appears there has been no
appealable order.  See Everett v. State, 82 S.W.3d 735, 735 (Tex.
App.—Waco 2002, pet. dism’d).  The Clerk also notified the parties that the
appeal may be dismissed unless a response was filed showing grounds for
continuing the appeal.

No response has been filed.  Accordingly,
the appeal is dismissed for want of jurisdiction.  Id.

 

FELIPE REYNA

Justice

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed October 22, 2008

Do not publish

[CR25]

 

 





Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Appeal dismissed
Opinion delivered and filed June 9, 2004
Do not publish
[CR25]